# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 19, 2011

Lyle W. Cayce
Clerk

No. 11-50380
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LUIS NAVARRETE-BERMUDEZ, also known as Luis Robles-Rivas, also known
as Jose Nava-Bermudez, also known as Gregorio Gonzalez, also known as Jose
Luis Beruman, also known as Jose Bermudez-Nava, also known as Gregorio
Rodriguez-Gonzalez,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:10-CR-3177-1

Before KING, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Luis Navarrete-
Bermudez has moved for leave to withdraw and has filed a brief in accordance
with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632
F.3d 229 (5th Cir. 2011). Navarrete-Bermudez has not filed a response. We
have reviewed counsel's brief and the relevant portions of the record reflected

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.